# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID ALLEN HAWKINS

v.

ELDON VAIL

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5162BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **OVERRULES** Petitioner's objections;

The Court **ADOPTS** the Report and Recommendation; and

This action is **TRANSFERRED** to the Ninth Circuit Court of Appeals pursuant to Rule 22-3(a).

| | |
|---|---|
| April 29, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |